Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Dantineo L Oliver Sr.
*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Warrior Met Coal LLC
*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

Case No. 2:21-cv-269-SGC
*(to be filled in by the Clerk's Office)*

JURY TRIAL  ☒ Yes  ☐ No

FILED
2021 FEB 22 A 9:23

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

   **A. The Plaintiff**

   Name: Dantineo L Oliver Sr.
   Street Address: 306 Westlake Circle SW 108-A
   City and County: Bessemer, AL  Jefferson
   State and Zip Code: Alabama  35020
   Telephone Number: (205) 720-3319
   E-mail Address (if known): dannieoliver24@gmail.com

   ☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

2/18/2021
**Date**

Dantineo Oliver Sr.
**Participant Signature**

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Warrior Met Coal LLC |
| Job or Title *(if known)* | |
| Street Address | 16243 AL 216 |
| City and County | Brookwood |
| State and Zip Code | Alabama 35444 |
| Telephone Number | 205 554-6123 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

 Name  _____

 Job or Title *(if known)* _____

 Street Address _____

 City and County _____

 State and Zip Code _____

 Telephone Number _____

 E-mail Address *(if known)* _____

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

 Name _____

 Street Address _____

 City and County _____

 State and Zip Code _____

 Telephone Number _____

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☒ Termination of my employment

☐ Failure to promote me

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☐ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s):

_____

_____

C. I believe that defendant(s) (check one):

☒ is/are still committing these acts against me

☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

☒ race — Only African American Fired

☐ color

☐ gender/sex

☐ religion

☐ national origin

☐ age (year of birth) _____
(only when asserting a claim of age discrimination)

☐ disability or perceived disability (specify disability) _____

E. The facts of my case are as follows. Attach additional pages if needed. My employer fired me and let the caucasian come back to work after the incident happened. The machine he was driving was about to mess up the ventilation system causing them to shut down for a few hours or the day. The driver should have seen this and said All Clear to proceed but didn't. I was in the Red zone to move this curtain so that the ventilation would not shut down. continued last page

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: 8-10-2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☒ issued a Notice of Right to Sue letter, which I received on *(date)*: never recieved in mail but on website was 11-23-2020

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed

☐ less than 60 days have elapsed

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

During this time I have missed money from working my bring home amount every two weeks was around 1900 to 2200 dollars after taxes I lost my health insurance and other benefits I had got behind on all my Bills. I have been having to stay saine because of waiting on this case to be over.

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 2/18/2021

Signature of Plaintiff: Dantineo Oli Sr.

Printed Name of Plaintiff: Dantineo L Oliver Sr.

### B. For Attorneys

Date of Signing: 2/18/2021

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

# Danny

From: Teresa Oliver (teresaoliver26@yahoo.com)

To: teresaoliver26@yahoo.com

Date: Saturday, February 20, 2021, 08:39 PM CST

I was in the Red Zone because I had to move the blower curtain out to way to keep the scoop driver from pulling it down and messing up the ventilation system. If I had not moved that curtain then they would have sent everyone home for the day. That would have caused them to send someone in to see what the problem was and also fix everything. The person driving the machine should have made sure he was in the clear to move the machine. Then the first write up was because they said I was working too slow and I did not finished my job Duty on time. The boss man Gee never had a issue with my work performance. They never had any issues with it before I got hired on full time. The new boss man had issues with my work and thats when I started to get wrote up. I also asked them to put me on hazard, more than once but they never would. The second write up was because they said I left, I walked out, I walked off the job and I didn't let anyone know. But the boss told me I can leave out on time if I did what he told me to do. My attendence was wrong. While I was employed by the temporary service there protocols were different that warrior met, as long as you had an excused letter it didn't count against you. My attendance should have started from the time I actually got hired by the company. They should not count or judge my attendance while through the temporary service. If that were the case they should not have hired me as a permanent employee, if they had issues with attendance. I had to have been a good worker. When I got hired with the company we was on a strike system we had three strikes that we could use. The fourth strike ment automatic termination. I got my first strike because my car broke down. The second strike I went to work and I got sick and I had to leave work. I feel like as long as I came to work I should not have gotten that strike. The boss man sent me home, I did not ask to go, and I got a strike for that so I don't see how that is considering me missing a lot of days from work. On the other hand that should not be an issue, because my attendance has nothing to do with my work history or me looking out for more than myself. I was looking out for my co workers when I moved that curtain, that should speak a lot for my ethics.

Sent from Yahoo Mail on Android